AO 245D  (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 27 2014

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSA

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| CHRISTOPHER MURPHY | |

Case No. 4:11cr00108-01 JM

USM No. 36232-177

Molly Sullivan
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  Gen., Special & Std.  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General | Failure to refrain from possessing a firearm | 02/04/2014 |
| General | Failure to refrain from possessing a controlled substance | 02/06/2014 |
| Standard 7 | Failure to refrain from use of a controlled substance | 02/06/2013 |
| Stanard 1 | Failure to have permission to leave the judicial district | 01/03/2014 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 7535

Defendant's Year of Birth:  1983

City and State of Defendant's Residence: _____

03/27/2014
Date of Imposition of Judgment

_____
Signature of Judge

JAMES M. MOODY JR.       U.S. District Judge
Name and Title of Judge

03/27/2014
Date

AO 245D     (Rev. 09/11) Judgment in a Criminal Case for Revocations
               Sheet 1A

Judgment—Page 2 of 3

DEFENDANT: CHRISTOPHER MURPHY
CASE NUMBER: 4:11cr00108-01 JM

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Standard 3 | Failure to truthfully answer inquires by the probation officer | 02/03/2014 |
| Standard 8 | Failure to refrain from frequenting places where controlled substances are illegally sold | 02/04/2014 |
| Standard 9 | Failure to refrain from associating with persons engaged in criminal activity | 02/04/2014 |
| Standard 11 | Failure to notify probation officer within seventy-two hours contact with law enforcement | 01/31/2014 |
| Special | Failure to refrain from using drugs to dilute urine specimen | 02/06/2014 |

AO 245D (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page 3 of 3

DEFENDANT: CHRISTOPHER MURPHY
CASE NUMBER: 4:11cr00108-01 JM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

**TWENTY-FOUR MONTHS**

☑ The court makes the following recommendations to the Bureau of Prisons:

The defendant shall participate in nonresidential substance abuse treatment.
The defendant shall serve his term of imprisonment in Forrest City, Arkansas

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
    DEPUTY UNITED STATES MARSHAL